No. 836.   KANSAS CITY BRIDGE CO. *v.* STATE HIGHWAY COMMISSION.   April 13, 1936.   Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.   *Messrs. Richard S. Righter* and *J. Fairfax Loughborough* for petitioner.   *Messrs. Carl E. Bailey* and *Walter L. Pope* for respondent.

No. 866.   FIDELITY & DEPOSIT CO. *v.* PENNSYLVANIA R. CO.   April 13, 1936.   Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Francis B. Bracken, Wm. Clarke Mason,* and *John Russell, Jr.,* for petitioner.   *Messrs. Robert T. McCracken, George G. Chandler,* and *Henry Wolfe Biklé* for respondent.

No. 905.   JOBISSY *v.* MURPHY, WARDEN, ET AL.   April 27, 1936.   Petition for writ of certiorari to the Supreme Court of New York, and motion for leave to proceed further *in forma pauperis,* denied.   *Mr. John Jobissy, pro se.* No appearance for respondents.

No. 914.   KUSTOFF *v.* STATE BAR OF CALIFORNIA.   April 27, 1936.   Petition for writ of certiorari to the Supreme Court of California, and motion for leave to proceed further *in forma pauperis,* denied.   *Mr. Michael I. Kustoff, pro se.*   No appearance for respondent.

No. 841.   CABANERO ET AL. *v.* TORRES, SECRETARY OF LABOR, ET AL.   April 27, 1936.   Petition for writ of certiorari to the Supreme Court of the Commonwealth of